# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147020

BABASHOLA ABE,
       Plaintiff-Appellant,

v

MICHIGAN STATE UNIVERSITY,
       Defendant-Appellee.

SC: 147020
COA: 310585
Ingham CC: 11-000101-MZ

_____/

     On order of the Court, the application for leave to appeal the February 7, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



d0826

Clerk